[No. 2406-1.    Division One.    May 5, 1975.]

HERMAN BLUM & ASSOCIATES OF TEXAS, *Respondent*, v. DILLINGHAM CORPORATION, SEATTLE, *et al*, *Appellants*, HOWARD S. WRIGHT, INC., *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 745095, George H. Revelle, J., entered June 7, 1973. *Affirmed* by unpublished opinion per Williams, C.J., concurred in by Farris and James, JJ.

[No. 2612-1.    Division One.    May 5, 1975.]

THE STATE OF WASHINGTON, *Respondent*, v. CARLOS JOSEPH TORREZ, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 65230, Erle W. Horswill, J., entered November 2, 1973. *Affirmed* by unpublished opinion per Swanson, J., concurred in by Callow and Andersen, JJ.

[No. 1288-2.    Division Two.    May 6, 1975.]

THE STATE OF WASHINGTON, *Respondent*, v. HARVEY JAMES, JR., *Appellant*.

Appeal from a judgment of the Superior Court for Mason County, No. C-235, Gerry L. Alexander, J., entered December 5, 1973. *Affirmed* by unpublished opinion per Petrie, A.C.J., concurred in by Pearson, J., and Rummel, J. Pro Tem.